IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James R. Marney,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>　　　　Respondents. | No. CV 07-1774 PHX-NVW (HCE)<br><br>**ORDER** |

　　　　Before the court is Petitioner's Petition for Writ of Habeas Corpus (doc. #1). On December 16, 2007, United States Magistrate Judge Estrada issued a Report and Recommendation ("R & R") (doc. # 12) in accordance with 28 U.S.C. § 636(b)(1)(B). The R & R recommended that the petition be dismissed as moot. No objections were filed.

　　　　The court has reviewed the R & R and agrees with the magistrate judge's determinations. Accordingly, the court will accept the R & R and dismiss the Petition for Writ of Habeas Corpus. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge").

　　　　IT IS THEREFORE ORDERED accepting the Report and Recommendation of Magistrate Judge Estrada (doc. #12).

/ / /

IT IS FURTHER ORDERED that Clerk of the Court enter judgment dismissing Petitioner's Petition for Writ of Habeas Corpus (doc. #1) as moot. The Clerk shall terminate this action.

DATED this 8th day of January, 2008.

Neil V. Wake
United States District Judge